**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
MARIE MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HEYNING, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINOA CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-04755-TSH<br><br>STIPULATION OF DISMISSAL |

| | |
|---|---|
| 1 | The parties, Plaintiff JENNIFER HEYNING ("Plaintiff") and Defendant QUINOA |
| 2 | CORPORATION ("Quinoa"), submit this Stipulation of Dismissal under Federal Rule of Civil |
| 3 | Procedure 41(a)(1)(A)(ii). Plaintiff and Quinoa (collectively the "Parties") stipulate that all of |
| 4 | Plaintiff's individual claims brought in this litigation are hereby dismissed with prejudice. The |
| 5 | Parties further stipulate that all putative class member claims are dismissed without prejudice. |
| 6 | Each party shall bear its own attorneys' fees and costs. |

Dated: Feb. 26, 2024　　　　　　　　　　**GUTRIDE SAFIER LLP**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Seth A. Safier, Esq.
　　　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 1250
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　JENNIFER HEYNING

Dated: Feb. 26, 2024　　　　　　　　　　**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

　　　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　　Jonathan C. Sandler
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant.
　　　　　　　　　　　　　　　　　　　　　　QUINOA CORPORATION